IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02377-CMA-KLM

GARY SULLIVAN,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES LLC,
TRANS UNION LLC,
CHRYSLER FINANCIAL SERVICES AMERICAS LLC, and
TD AUTO FINANCE, LLC,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant TD Auto Finance's and Defendant Chrysler Financial Services Americas LLC's **Unopposed Motion for Entry of Stipulated Order Protecting Confidential Information** [#28][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#28] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Stipulated Order Protecting Confidential Information [#28-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: November 12, 2014

---

[1] "[#28]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.