IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02377-CMA-KLM

GARY SULLIVAN,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES LLC,
TRANS UNION LLC,
CHRYSLER FINANCIAL SERVICES AMERICAS LLC, and
TD AUTO FINANCE, LLC,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Trans Union LLC's Unopposed Motion to Appear Telephonically at the Scheduling and Planning Conference** [#32][1] (the "Trans Union Motion") and **Defendant Experian Information Solutions, Inc.'s Unopposed Motion For Leave to Appear Telephonically at the Scheduling Conference** [#34] (the "Experian Motion").

    IT IS HEREBY **ORDERED** that the Trans Union Motion [#32] and the Experian Motion [#34] are **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that Defendant Trans Union LLC's ("Trans Union") counsel and Defendant Experian Information Solutions, Inc.'s ("Experian") counsel may appear by telephone at the Scheduling Conference on December 12, 2014 at 10:00 a.m. by dialing the Court at **303-335-2770**. If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Trans Union's counsel and Experian's counsel before dialing the Court.

    Dated: December 8, 2014

---

[1] "[#32]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). This convention is used throughout this Minute Order.