IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-02377-CMA-KLM

GARY SULLIVAN,

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION, LLC,
CHRYSLER FINANCIAL SERVICES AMERICAS, LLC, and
TD AUTO FINANCE, LLC,

      Defendants.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice of Defendant Experian Information Solutions, Inc. (Doc. # 43). The Court has reviewed the Stipulation and ORDERS as follows:

1. Defendant Experian Information Solutions, Inc. is hereby DISMISSED WITH PREJUDICE.
2. Each party shall pay his, her, or its own costs, attorney fees, and expenses.
3. The caption on all subsequent filings shall reflect the removal of Information Solutions, Inc. as a Defendant in this case.

DATED:  March 31, 2015

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge