**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 14-cv-02377-CMA-KLM

GARY SULLIVAN,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION, LLC,
CHRYSLER FINANCIAL SERVICES AMERICAS, LLC, and
TD AUTO FINANCE, LLC,

      Defendants.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice of Defendant Trans Union, LLC (Doc. # 45). The Court has reviewed the Stipulation and ORDERS as follows:

1. Defendant Trans Union, LLC is hereby DISMISSED WITH PREJUDICE.
2. Each party shall pay his, her, or its own costs, attorney fees, and expenses.
3. The caption on all subsequent filings shall reflect the removal of Trans Union, LLC as a Defendant in this case.

DATED:    April 8, 2015

                                      BY THE COURT:

                                      *Christine M. Arguello*

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge