**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-02377-CMA-KLM

GARY SULLIVAN,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION, LLC,
CHRYSLER FINANCIAL SERVICES AMERICAS, LLC, and
TD AUTO FINANCE, LLC,

      Defendants.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the Plaintiff Gary Sullivan and Defendant Equifax Information Services, LLC's Stipulation for Dismissal With Prejudice (Doc. 66).

The Court has reviewed the Stipulation and ORDERS as follows:

1. Defendant Equifax Information Services, LLC is hereby DISMISSED WITH PREJUDICE.
2. Each party shall pay its own costs, attorney fees, and expenses.
3. The caption on all subsequent filings shall reflect the removal of Equifax Information Services, LLC as a Defendant in this case.

DATED:  September 28, 2015

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge